IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER L. HAMES, SR. ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CASE NO. 3:20-CV-1467-G-BT |
| ) | |
| PAMELA THIELKE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED** that the plaintiff's third and fourth amended complaints (ECF Nos. 6, 9), construed as motions to amend, are **DENIED**. **IT IS FURTHER ORDERED** that the plaintiff's habeas claims are severed from this suit and the Clerk of Court is **DIRECTED** to open a new habeas case pursuant to 28 U.S.C. § 2254 (nature of suit 530), for the now-severed claims and file a copy of this order in that

case. The operative complaint (ECF No. 5) shall be docketed in the new case, and the new case should be assigned to the same District Judge and Magistrate Judge as the instant civil rights case. All future pleadings related to the severed habeas matter shall be filed in the new case. By separate judgment, the plaintiff's remaining, non-habeas civil-rights claims will be dismissed with prejudice.

SO ORDERED.

July 23, 2021

_____
**A. JOE FISH**
**Senior United States District Judge**